UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSIS SHONTE THOMAS, <br> Plaintiff, <br> v. <br> MELANIE OLIVER, <br> Defendant. | Case No. 18-cv-00949-HSG <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On March 7, 2018, the Court denied Plaintiff Alexsis Shonte Thomas's motion to proceed *in forma pauperis*. Dkt. No. 10 ("Order"). In its Order, the Court' explained that Plaintiff's application lacked sufficient detail to permit the Court to evaluate whether she could pay the filing fees under 28 U.S.C. § 1915. *Id.* at 1. The Court directed Plaintiff to file a renewed motion remedying the deficiencies identified by the Court, or pay the $400 filing fee by May 7, 2018 if she wished to proceed with the case. *Id.* at 1-2. The Court made clear in its Order that failure to adhere to this deadline would result in the dismissal of this action without prejudice. *Id.* at 1.

Plaintiff did not pay the filing fee by the deadline. Instead, on April 2, 2018, Plaintiff submitted a document entitled "Fee Waiver Response Regarding Hate Crime." Dkt. No. 11. Plaintiff's fee waiver response fails to remedy the deficiencies identified by the Court's Order. Plaintiff states, without further explanation, that she "receives SSI in the amount of 910.00," was "taken away from Concord's banking campus," and is "unable to communicate with banking staff for movement or financial understanding." Dkt. No. 11 at 2. As the Court explained in its Order, Plaintiff's statement that she receives $910.00 from government sources does not cohere with her claim to lack a bank account, any cash, and any assets. Order at 1. Plaintiff again fails to provide information regarding her monthly expenses. *See id.*

Thus, for the reasons articulated in the Court's Order, this action is dismissed without prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 5/14/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge